**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

Spottswood W. Robinson III, and Robert R. Mehrige Jr.
Federal Courthouse, 701 East Broad Street Richmond. Virginia 23219

**RONALD MAYBISH, individually, and
as next friend of K.M., a minor child,**

                          Plaintiffs,

v.                                     Civil Action No. 3:22_cv-00597-MHL

**PUTZE'S MOBILE HOME PARK**

**PEGGY PUTZE,**

                          Defendants.

**MOTION FOR LEAVE TO ADD AN ADDENDUM
TO MOTION FOR SUMMARY JUDGMENT**

The defendants, by counsel, move the Court for leave to add an addendum to the defendants' memorandum in support of summary judgment. A proposed addendum accompanies this motion as "Exhibit 1." A memorandum in support of this motion will be filed contemporaneously.

                                                        Respectfully submitted,

                                                        **PUTZE'S TRAILER PARK
and PEGGY PUTZE,**

                                                        By  /s/ Henry W. McLaughlin

Henry W. McLaughlin (VSB No 07105)
The Law Office of Henry McLaughlin, P.C.
Eighth and Main Building
707 East Main Street, Suite 1050
Richmond, Virginia 23219
henry@mclaughlinvalaw.com
*Counsel for Defendants*

1

## CERTIFICATE OF SERVICE

I, Henry W. McLaughlin, counsel for defendants, certify that on July 2, 2023, I will file the foregoing motion through this Courts ECF system, which will notify the following of the same:

>Brenda E. Castaneda, Esquire
>Housing Opportunities Made Equal of Virginia, Inc.
>626 East Broad Street, Suite 400
>Richmond, Virginia 23219
>bcastaneda@homeofva.org
>
>Ge'Andra D Johnson, Esquire
>Johnson Legal, P.L.L.C.
>4101 Perimeter Center Drive, Suite 110
>Oklahoma City, Oklahoma, 73112
>gjohnson@johnsonlegalok.com

  /s/Henry W. McLaughlin
Henry W. McLaughlin
*Counsel for Defendants*